1   ADAM PAUL LAXALT
      Attorney General
2   JAMES N. BOLOTIN
      Deputy Attorney General, Bar #13829
3   State of Nevada
      Bureau of Litigation
4   Public Safety Division
      100 N. Carson Street
5   Carson City, Nevada 89701-4717
      Tel: (775) 684-1159
6   E-mail: jbolotin@ag.nv.gov

7   *Attorneys for Defendant Isidro Baca*

8
                    **UNITED STATES DISTRICT COURT**
9
                        **DISTRICT OF NEVADA**
10

11  COLVIN PLUMMER,
                                              Case No. 3:16-cv-00464-MMD-WGC
12              Plaintiff,

13  vs.                                       **STIPULATION AND ORDER FOR**
                                              **DISMISSAL WITH PREJUDICE**
14  STATE OF NEVADA, et al.,

15              Defendants.

16          Plaintiff, Colvin Plummer, in *pro se*, and Defendant, Isidro Baca, through counsel, Adam Paul

17  Laxalt, Attorney General  of the State of Nevada, and James Bolotin, Deputy Attorney General, upon a

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                        1

1  Settlement Agreement reached, hereby stipulate to the dismissal of this action with prejudice, with each

2  party to bear their own attorney's fees and costs.

3

4  DATED this 1 day of August, 2017.        DATED this 7ᵗʰ day of August, 2017.

5
                                            OFFICE OF THE ATTORNEY GENERAL
6  Colvin Plummer, *pro se*

7

8  By: *Colvin Plummer*                     By: _____
   Colvin Plummer #88570                    James N. Bolotin, SBN 13829
9  Stewart Conservation Camp                100 N. Carson Street
   P.O. Box 5005                            Carson City, NV 89701
10 Carson City, NV  89702                   (775) 684-1159
   Plaintiff, in *pro se*                   jbolotin@ag.nv.gov
11                                          Attorneys for Defendants

12

13 **APPROVED AND SO ORDERED:**

14
   Dated: August 8, 2017
15                                          _____
                                           United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 7ᵗʰ day of August, 2017, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Colvin Plummer #88570
Stewart Conservation Camp
P.O. Box 5005
Carson City, NV  89702

_____
An employee of the
Office of the Attorney General

3